**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:18-cr-22-GAP-LRH**

**VINCENT SPERTI**

---

**REPORT AND RECOMMENDATION**

Pursuant to Local Rule 1.02, and *In re: Authority of United States Magistrate Judges of the Middle District of Florida*, Case No. 8:20-mc-100-T-23 (October 29, 2020), on January 6, 2022, I conducted a final revocation hearing on the Amended Petition for Warrant or Summons for Offender Under Supervision filed May 28, 2021. In the Petition, Probation Officer Webster Davis alleges that the Defendant violated:

- Mandatory Conditions, Paragraph 1, 2 and 3

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime.

> On September 30, 2020, a search was conducted at the defendant's approved residence located at 425 Lagoon Drive, Oviedo, Florida 32765, following a search warrant authorized by a United States Magistrate Judge. The search of the defendant's residence resulted in the recovery of THC vape cartridges, gummies and cannabis by agents.
>
> On September 30, 2020, a search was conducted at the defendant's approved residence located at 425 Lagoon Drive, Oviedo, Florida 32765, following a search warrant authorized by a United States Magistrate Judge. The search of the defendant's residence resulted in the recovery of a pill bottle containing amphetamines and a prescription bottle in a clear baggie containing MDMA.
>
> On September 30, 2020, a search was conducted at the defendant's approved residence located at 425 Lagoon Drive, Oviedo, Florida 32765, following a search warrant authorized by a United States Magistrate Judge. The search of the defendant's residence resulted in the recovery of several pills, packets, powder and vials of steroids.

- Standard Conditions of Supervision, Paragraphs 4 and 5

Which states that the defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

> On September 30, 2020, a search was conducted at the defendant's approved residence located at 425 Lagoon Drive, Oviedo, Florida 32765, following a search warrant authorized by a United States Magistrate Judge. The search of the defendant's residence resulted in the recovery of a Smith and Wesson revolver serial number DNC3649.

> On September 30, 2020, a search was conducted at the defendant's approved residence located at 425 Lagoon Drive, Oviedo, Florida 32765, following a search warrant authorized by a United States Magistrate Judge. The search of the defendant's residence resulted in the recovery of six bullets.

- Mandatory Conditions, Paragraph 6

Which states that the defendant shall not unlawfully possess a controlled substance and that the defendant shall refrain from any unlawful use of a controlled substance.

> On April 20, 2021, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of opiates. Further, on April 22, 2021, in a written statement, the defendant denied use of a controlled substance. The urinalysis sample submitted to Abbott Toxicology Services and confirmed positive for the presence of anabolic steroids on May 16, 2021.

The Defendant knowingly and voluntarily admitted to the violations set forth in the Amended Petition and I find that a sufficient factual basis was established to support the admission. Thus, I find that the Defendant violated the Defendant's conditions of release, and I recommend entry of an Order to Show Cause why the Defendant's supervision should not be revoked.

The Defendant has been restored to probation supervision pending sentencing.

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 6th day of January, 2022.

Leslie R. Hoffman

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
District Judge