# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**vs**

**VINCENT SPERTI**

**Case Number: 6:18-cr-22-GAP-LHP**

**USM Number: 62574-018**

**James Wesley Smith, III , Esq.**
**9100 Conroy Windermere Road**
**Suite 201**
**Windermere, FL 34789**

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Probation

The defendant was found guilty of violation charge numbers: One, Two, Three, Four, Five, and Six of the Amended Petition (Doc. 55). The defendant is adjudicated guilty as to these violation charges:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession of Marijuana, while on supervision in violation of the conditions of supervision | September 30, 2020 |
| Two | New criminal conduct, Possession of Amphetamines, while on supervision in violation of the conditions of supervision | September 30, 2020 |
| Three | New criminal conduct, Possession of Steroid, while on supervision in violation of the conditions of supervision | September 30, 2020 |
| Four | Possession of a Firearm, Ammunition or a Destructive Device in violation of the conditions of supervision | September 30, 2020 |
| Five | Possession of a Firearm, Ammunition or a Destructive Device in violation of the conditions of supervision | September 30, 2022 |

**Vincent Sperti**
**6:18-cr-22-GAP-LHP**

| | | |
|---|---|---|
| Six | Positive urinalysis for Opiates, while on supervision in violation of the conditions of supervision | April 20, 2021 |

The underlying Petition (Doc. 42) is **DISMISSED**.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 25, 2022

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

OCTOBER 25, 2022

Vincent Sperti
6:18-cr-22-GAP-LHP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months**. This term shall run concurrently with the term of imprisonment imposed in 6:22-cr-114-GAP-EJK.

The Court recommends to the Bureau of Prisons that the defendant be placed in the facility located in Coleman, Florida, if appropriate and available, to meet his medical needs. It is further recommended that he be provided the opportunity to participate in the 500-hour Residential Drug Abuse Prevention program (500-hour RDAP) while he is incarcerated.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal once a designation has been made. Upon notification by the United States Marshal, the defendant will have 10 days to surrender. If the 10th day falls on a weekend or holiday, the defendant shall surrender on the following business day.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by this court in this case; however, the defendant must cooperate in the collection of DNA as directed by the probation officer.

## RETURN

I have executed this judgment as follows:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

Defendant delivered on ____________________ to ______________________________________

at ________________________________________________, with a certified copy of this judgment.

____________________________________________
UNITED STATES MARSHAL

By: ____________________________________________
Deputy U.S. Marshal